IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DISABILITY RIGHTS MISSISSIPPI, LEAGUE OF WOMEN VOTERS OF MISSISSIPPI, WILLIAM EARL WHITLEY, MAMIE CUNNINGHAM, and YVONNE GUNN,

*Plaintiffs*,

v.

LYNN FITCH, in her official capacity as Attorney General of the State of Mississippi; MICHAEL D. WATSON, JR., in his official capacity as Secretary of State of Mississippi; GERALD A. MUMFORD, in his official capacity as Hinds County Attorney; and ELIZABETH AUSBERN, in her official capacity as Chickasaw County Attorney;

*Defendants*.

Civil Action No. 3:23-cv-350-HTW-LGI

ORAL ARGUMENT REQUESTED

**URGENT AND NECESSITOUS MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, and for the reasons stated in the accompanying memorandum, declarations, all pleadings filed, and oral argument to be presented to the Court, Plaintiffs' Disability Rights Mississippi, League of Women Voters of Mississippi, William Earl Whitley, Mamie Cunningham, and Yvonne Gunn (collectively, "Plaintiffs") respectfully move for the following urgent and necessitous preliminary injunctive relief:

(1)  Enjoin Senate Bill 2358 ("S.B. 2358") from going into effect on July 1, 2023;

(2)  Enjoin Defendants from implementing or enforcing S.B. 2358 to the extent that it would prohibit voters who are disabled or blind or who have limited ability to read or write from

1

receiving assistance from persons of their choice, except as prohibited by Section 208 of the Voting Rights Right, 52 U.S.C. § 10508; and

(3) Enjoin Defendants from issuing any instructions or communications—whether public-facing or otherwise—indicating that voters may not seek assistance except for the categories defined in S.B. 2358, and order Defendants to issue corrective instructions that voters who require assistance due to blindness, disability, or difficulty reading or writing may continue to seek assistance from any person of their choice, except for the exclusions defined under Section 208 of the VRA.

**Given the urgency of this matter, Plaintiffs request an expedited briefing and hearing schedule wherein responses to the instant motion are due by 5:00 pm CDT on June 9, 2023; replies are due by 5:00 pm CDT on June 13, 2023; and an oral argument and, if necessary, a hearing is set as soon as possible thereafter.**

DATED: May 31, 2023                                         Respectfully submitted,

/s/ *Leslie Faith Jones*
SOUTHERN POVERTY LAW CENTER                 AMERICAN CIVIL LIBERTIES UNION OF
Leslie Faith Jones (Miss. Bar. No. 106092)            MISSISSIPPI FOUNDATION
111 East Capitol Street, Suite 280                        Joshua Tom (Miss. Bar No. 105392)
Jackson, MS 39201                                               Claudia Williams Hyman*
(601) 948-8882                                                      101 South Congress Street
leslie.jones@splcenter.org                                    Jackson, MS 39201
                                                                           (601) 354-3408
Bradley E. Heard*                                               JTom@aclu-ms.org
Sabrina Khan*                                                     cwilliamshyman@aclu-ms.org
Jess Unger*
Ahmed Soussi*                                                    AMERICAN CIVIL LIBERTIES UNION
150 E. Ponce de Leon Avenue, Suite 340         FOUNDATION
Decatur, GA 30030                                              Ming Cheung*
(334) 213-8303                                                    Casey Smith*
bradley.heard@splcenter.org                              Ari J. Savitzky*
sabrina.khan@splcenter.org                               Sophia Lin Lakin*
jess.unger@splcenter.org                                   125 Broad Street, 18th Floor
ahmed.soussi@splcenter.org                            New York, NY 10004

MISSISSIPPI CENTER FOR JUSTICE
Robert McDuff (Miss. Bar No. 2532)
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
(601) 259-8484
rmcduff@mscenterforjustice.org

(212) 549-2500
mcheung@aclu.org
csmith@aclu.org
asavitzky@aclu.org
slakin@aclu.org

DISABILITY RIGHTS MISSISSIPPI
Greta Kemp Martin, (Miss. Bar No. 103672)
Katherine Henderson, (Miss. Bar No. 104522)
5 Old River Place, Suite 101
Jackson, MS 39202
Office: (601)968-0600
Facsimile: (601)968-0665
gmartin@drms.ms
khenderson@drms.ms

*Attorneys for Plaintiffs*

*Pro Hac Vice Forthcoming

3