AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| DISABILITY RIGHTS MISSISSIPPI, THE LEAGUE OF WOMEN VOTERS OF MISSISSIPPI, WILLIAM EARL WHITLEY, MAMIE CUNNINGHAM, and YVONNE GUNN,<br><br>*Plaintiff(s)*<br><br>v.<br><br>LYNN FITCH, in her official capacity as Attorney General of the State of Mississippi; MICHAEL D. WATSON, JR., in his official capacity as Secretary of State of Mississippi; GERALD A. MUMFORD, in his official capacity as Hind County Attorney and ELIZABETH AUSBERN in her official capacity as Chickasaw County Attorney<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  3:23-cv-00350-HTW-LGI |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Michael D. Watson, in his official capacity as
Secretary of State of Mississippi
125 S. Congress Street
Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Leslie Faith Jones MSB. 106092
SOUTHERN POVERTY LAW CENTER
111 East Capitol Street, Suite 280 Jackson, MS 39201
(601) 948-8882

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:  6/1/2023                                                  *L. Townsend*
                                                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Attachment to Summons

| | |
|---|---|
| /s/*Leslie Faith Jones*<br>Leslie Faith Jones MSB. 106092<br>leslie.jones@splcenter.org<br>**SOUTHERN POVERTY LAW CENTER**<br>111 East Capitol Street, Suite 280<br>Jackson, MS 39201<br>(601) 948-8882<br><br>Bradley E. Heard**<br>bradley.heard@splcenter.org<br>Sabrina Khan**<br>sabrina.khan@splcenter.org<br>Jess Unger**<br>jess.unger@splcenter.org<br>Ahmed Soussi**<br>ahmed.soussi@splcenter.org<br>**SOUTHERN POVERTY LAW CENTER**<br>150 E. Ponce de Leon Avenue, Suite 340<br>Decatur, GA 30030<br>(334) 213-8303<br><br>Ming Cheung*<br>Casey Smith*<br>Ari J. Savitzky*<br>Sophia Lin Lakin*<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2500<br>mcheung@aclu.org<br>csmith@aclu.org<br>asavitzky@aclu.org<br>slakin@aclu.org | Joshua Tom, MSB 105392<br>jtom@aclu-ms.org<br>Claudia Williams-Hyman**<br>cwilliamshyman@aclu-ms.org<br>**ACLU OF MISSISSIPPI**<br>101 South Congress Street<br>Jackson, MS 39201<br>(601) 354-3408<br><br>Robert B. McDuff, MSB 2532<br>rbm@mcdufflaw.com<br>**MISSISSIPPI CENTER FOR JUSTICE**<br>767 North Congress Street<br>Jackson, MS 39202<br>(601) 969-0802<br><br>Greta Kemp Martin, (Miss. Bar No. 103672)<br>Katherine Henderson, (Miss. Bar No. 104522)<br>**DISABILITY RIGHTS MISSISSIPPI**<br>5 Old River Place, Suite 101<br>Jackson, MS 39202<br>Office: (601)968-0600<br>Facsimile: (601)968-0665<br>gmartin@drms.ms<br>khenderson@drms.ms<br><br><br>*Counsel for Plaintiffs* |

** *application for pro hac vice forthcoming*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| DISABILITY RIGHTS MISSISSIPPI, THE LEAGUE OF WOMEN VOTERS OF MISSISSIPPI, WILLIAM EARL WHITLEY, MAMIE CUNNINGHAM, and YVONNE GUNN,<br><br>*Plaintiff(s)*<br>v.<br>LYNN FITCH, in her official capacity as Attorney General of the State of Mississippi; MICHAEL D. WATSON, JR., in his official capacity as Secretary of State of Mississippi; GERALD A. MUMFORD, in his official capacity as Hind County Attorney and ELIZABETH AUSBERN in her official capacity as Chickasaw County Attorney<br><br>*Defendant(s)* | Civil Action No. 3:23-cv-00350-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lynn Fitch, in her official capacity as
Attorney General of the State of Mississippi
550 High Street
Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leslie Faith Jones MSB. 106092
SOUTHERN POVERTY LAW CENTER
111 East Capitol Street, Suite 280 Jackson, MS 39201
(601) 948-8882

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 6/1/2023

**ARTHUR JOHNSTON**
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Attachment to Summons

| | |
|---|---|
| /s/*Leslie Faith Jones*<br>Leslie Faith Jones MSB. 106092<br>leslie.jones@splcenter.org<br>**SOUTHERN POVERTY LAW CENTER**<br>111 East Capitol Street, Suite 280<br>Jackson, MS 39201<br>(601) 948-8882<br><br>Bradley E. Heard**<br>bradley.heard@splcenter.org<br>Sabrina Khan**<br>sabrina.khan@splcenter.org<br>Jess Unger**<br>jess.unger@splcenter.org<br>Ahmed Soussi**<br>ahmed.soussi@splcenter.org<br>**SOUTHERN POVERTY LAW CENTER**<br>150 E. Ponce de Leon Avenue, Suite 340<br>Decatur, GA 30030<br>(334) 213-8303<br><br>Ming Cheung*<br>Casey Smith*<br>Ari J. Savitzky*<br>Sophia Lin Lakin*<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2500<br>mcheung@aclu.org<br>csmith@aclu.org<br>asavitzky@aclu.org<br>slakin@aclu.org | Joshua Tom, MSB 105392<br>jtom@aclu-ms.org<br>Claudia Williams-Hyman**<br>cwilliamshyman@aclu-ms.org<br>**ACLU OF MISSISSIPPI**<br>101 South Congress Street<br>Jackson, MS 39201<br>(601) 354-3408<br><br>Robert B. McDuff, MSB 2532<br>rbm@mcdufflaw.com<br>**MISSISSIPPI CENTER FOR JUSTICE**<br>767 North Congress Street<br>Jackson, MS 39202<br>(601) 969-0802<br><br>Greta Kemp Martin, (Miss. Bar No. 103672)<br>Katherine Henderson, (Miss. Bar No. 104522)<br>**DISABILITY RIGHTS MISSISSIPPI**<br>5 Old River Place, Suite 101<br>Jackson, MS 39202<br>Office: (601)968-0600<br>Facsimile: (601)968-0665<br>gmartin@drms.ms<br>khenderson@drms.ms<br><br><br>*Counsel for Plaintiffs* |

*\*\* application for pro hac vice forthcoming*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| DISABILITY RIGHTS MISSISSIPPI, THE LEAGUE OF WOMEN VOTERS OF MISSISSIPPI, WILLIAM EARL WHITLEY, MAMIE CUNNINGHAM, and YVONNE GUNN, <br> *Plaintiff(s)* <br> v. <br> LYNN FITCH, in her official capacity as Attorney General of the State of Mississippi; MICHAEL D. WATSON, JR., in his official capacity as Secretary of State of Mississippi; GERALD A. MUMFORD, in his official capacity as Hind County Attorney and ELIZABETH AUSBERN in her official capacity as Chickasaw County Attorney <br> *Defendant(s)* | Civil Action No. 3:23-cv-00350-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Elizabeth Ausbern, in her official capacity as
Chickasaw County Attorney
330 E. Madison Street
Houston, MS 388511

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Leslie Faith Jones MSB. 106092
SOUTHERN POVERTY LAW CENTER
111 East Capitol Street, Suite 280 Jackson, MS 39201
(601) 948-8882

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:  6/1/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Attachment to Summons

| | |
|---|---|
| /s/*Leslie Faith Jones*<br>Leslie Faith Jones MSB. 106092<br>leslie.jones@splcenter.org<br>**SOUTHERN POVERTY LAW CENTER**<br>111 East Capitol Street, Suite 280<br>Jackson, MS 39201<br>(601) 948-8882<br><br>Bradley E. Heard**<br>bradley.heard@splcenter.org<br>Sabrina Khan**<br>sabrina.khan@splcenter.org<br>Jess Unger**<br>jess.unger@splcenter.org<br>Ahmed Soussi**<br>ahmed.soussi@splcenter.org<br>**SOUTHERN POVERTY LAW CENTER**<br>150 E. Ponce de Leon Avenue, Suite 340<br>Decatur, GA 30030<br>(334) 213-8303<br><br>Ming Cheung*<br>Casey Smith*<br>Ari J. Savitzky*<br>Sophia Lin Lakin*<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2500<br>mcheung@aclu.org<br>csmith@aclu.org<br>asavitzky@aclu.org<br>slakin@aclu.org | Joshua Tom, MSB 105392<br>jtom@aclu-ms.org<br>Claudia Williams-Hyman**<br>cwilliamshyman@aclu-ms.org<br>**ACLU OF MISSISSIPPI**<br>101 South Congress Street<br>Jackson, MS 39201<br>(601) 354-3408<br><br>Robert B. McDuff, MSB 2532<br>rbm@mcdufflaw.com<br>**MISSISSIPPI CENTER FOR JUSTICE**<br>767 North Congress Street<br>Jackson, MS 39202<br>(601) 969-0802<br><br>Greta Kemp Martin, (Miss. Bar No. 103672)<br>Katherine Henderson, (Miss. Bar No. 104522)<br>**DISABILITY RIGHTS MISSISSIPPI**<br>5 Old River Place, Suite 101<br>Jackson, MS 39202<br>Office: (601)968-0600<br>Facsimile: (601)968-0665<br>gmartin@drms.ms<br>khenderson@drms.ms<br><br><br>*Counsel for Plaintiffs* |

*** *application for pro hac vice forthcoming*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| DISABILITY RIGHTS MISSISSIPPI, THE LEAGUE OF WOMEN VOTERS OF MISSISSIPPI, WILLIAM EARL WHITLEY, MAMIE CUNNINGHAM, and YVONNE GUNN,<br><br>*Plaintiff(s)*<br><br>v.<br><br>LYNN FITCH, in her official capacity as Attorney General of the State of Mississippi; MICHAEL D. WATSON, JR., in his official capacity as Secretary of State of Mississippi; GERALD A. MUMFORD, in his official capacity as Hind County Attorney and ELIZABETH AUSBERN in her official capacity as Chickasaw County Attorney<br><br>*Defendant(s)* | Civil Action No. 3:23-cv-00350-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Gerald A. Mumford, in his official capacity as
Hinds County Attorney
820 North Street
Jackson, MS 39202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leslie Faith Jones MSB. 106092
SOUTHERN POVERTY LAW CENTER
111 East Capitol Street, Suite 280 Jackson, MS 39201
(601) 948-8882

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 6/1/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____
                                                    _____
                                                    *Server's signature*

                                                    _____
                                                    *Printed name and title*

                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

Attachment to Summons

| | |
|---|---|
| /s/*Leslie Faith Jones*<br>Leslie Faith Jones MSB. 106092<br>leslie.jones@splcenter.org<br>**SOUTHERN POVERTY LAW CENTER**<br>111 East Capitol Street, Suite 280<br>Jackson, MS 39201<br>(601) 948-8882<br><br>Bradley E. Heard**<br>bradley.heard@splcenter.org<br>Sabrina Khan**<br>sabrina.khan@splcenter.org<br>Jess Unger**<br>jess.unger@splcenter.org<br>Ahmed Soussi**<br>ahmed.soussi@splcenter.org<br>**SOUTHERN POVERTY LAW CENTER**<br>150 E. Ponce de Leon Avenue, Suite 340<br>Decatur, GA 30030<br>(334) 213-8303<br><br>Ming Cheung*<br>Casey Smith*<br>Ari J. Savitzky*<br>Sophia Lin Lakin*<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2500<br>mcheung@aclu.org<br>csmith@aclu.org<br>asavitzky@aclu.org<br>slakin@aclu.org | Joshua Tom, MSB 105392<br>jtom@aclu-ms.org<br>Claudia Williams-Hyman**<br>cwilliamshyman@aclu-ms.org<br>**ACLU OF MISSISSIPPI**<br>101 South Congress Street<br>Jackson, MS 39201<br>(601) 354-3408<br><br>Robert B. McDuff, MSB 2532<br>rbm@mcdufflaw.com<br>**MISSISSIPPI CENTER FOR JUSTICE**<br>767 North Congress Street<br>Jackson, MS 39202<br>(601) 969-0802<br><br>Greta Kemp Martin, (Miss. Bar No. 103672)<br>Katherine Henderson, (Miss. Bar No. 104522)<br>**DISABILITY RIGHTS MISSISSIPPI**<br>5 Old River Place, Suite 101<br>Jackson, MS 39202<br>Office: (601)968-0600<br>Facsimile: (601)968-0665<br>gmartin@drms.ms<br>khenderson@drms.ms<br><br><br>*Counsel for Plaintiffs* |

**\*\*** *application for pro hac vice forthcoming*