IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| DISABILITY RIGHTS MISSISSIPPI, LEAGUE OF WOMEN VOTERS OF MISSISSIPPI, WILLIAM EARL WHITLEY, MAMIE CUNNINGHAM, and YVONNE GUNN,<br><br>*Plaintiffs*,<br><br>v.<br><br>LYNN FITCH, in her official capacity as Attorney General of the State of Mississippi; MICHAEL D. WATSON, JR., in his official capacity as Secretary of State of Mississippi; GERALD A. MUMFORD, in his official capacity as Hinds County Attorney; and ELIZABETH AUSBERN, in her official capacity as Chickasaw County Attorney;<br><br>*Defendants*. | Civil Action No. 3:23-cv-350-HTW-LGI |

## NOTICE OF HEARING

Plaintiffs Disability Rights Mississippi, League of Women Voters of Mississippi, William Earl Whitley, Mamie Cunningham, and Yvonne Gunn, respectfully submit this Notice of Hearing pursuant to Local Rule 7(b)(8). By notation on the Court's docket entered on June 1, 2023, at 10:04 AM (CDT) in the above referenced case, the Court has set a hearing on the Urgent and Necessitous Motion for Preliminary Injunction for June 13, 2023, at 9:30 AM in Jackson, Courtroom 6A before District Judge Henry T. Wingate.

On June 1, 2023, Plaintiffs' attorney Ahmed Soussi emailed attorneys Rex Shannon and Doug Miracle, who represent the Mississippi Attorney General and Secretary of State; Gerald Mumford; and Elizabeth Ausbern notifying them all that the hearing on Plaintiffs' Urgent and

Necessitous Motion for Preliminary Injunction hearing is set for June 13, 2023, at 9:30 AM in Jackson Courtroom 6A before District Judge Henry T. Wingate.

RESPECTFULLY SUBMITTED, this 1st day of June, 2023.

                                                              /s/ *Leslie Faith Jones*
                                                                      Leslie Faith Jones

Leslie Faith Jones MSB. 106092
leslie.jones@splcenter.org
**SOUTHERN POVERTY LAW CENTER**
111 East Capitol Street, Suite 280
Jackson, MS 39201
(601) 948-8882

Bradley E. Heard**
bradley.heard@splcenter.org
Sabrina Khan**
sabrina.khan@splcenter.org
Jess Unger**
jess.unger@splcenter.org
Ahmed Soussi**
ahmed.soussi@splcenter.org
**SOUTHERN POVERTY LAW CENTER**
150 E. Ponce de Leon Avenue, Suite 340
Decatur, GA 30030
(334) 213-8303

Ming Cheung*
Casey Smith*
Ari J. Savitzky*
Sophia Lin Lakin*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
mcheung@aclu.org
csmith@aclu.org
asavitzky@aclu.org
slakin@aclu.org

Joshua Tom, MSB 105392
jtom@aclu-ms.org
Claudia Williams-Hyman**
cwilliamshyman@aclu-ms.org
**ACLU OF MISSISSIPPI**
101 South Congress Street
Jackson, MS 39201
(601) 354-3408

Robert B. McDuff, MSB 2532
rbm@mcdufflaw.com
**MISSISSIPPI CENTER FOR JUSTICE**
767 North Congress Street
Jackson, MS 39202
(601) 969-0802

Greta Kemp Martin, (Miss. Bar No. 103672)
Katherine Henderson, (Miss. Bar No. 104522)
**DISABILITY RIGHTS MISSISSIPPI**
5 Old River Place, Suite 101
Jackson, MS 39202
Office: (601)968-0600
Facsimile: (601)968-0665
gmartin@drms.ms
khenderson@drms.ms


*Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

      I, Leslie Faith Jones, hereby certify that on June 1, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

/s/ *Leslie Faith Jones*
Leslie Faith Jones