Form 6 (ND/SD Miss. Dec. 2016)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

Disability Rights Mississippi, et al    Plaintiff

v.                                                                     CIVIL ACTION NO.    3:23-cv-350-HTW-LGI

Lynn Fitch, et al                       Defendant

## APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Bradley E. Heard

Firm Name: Southern Poverty Law Center

Office Address: 150 E. Ponce de Leon Ave., Suite 340

City: Decatur    State: GA    Zip: 30030

Telephone: 470-989-5426    Fax:

E-Mail: bradley.heard@splcenter.org

(B) Client(s): DISABILITY RIGHTS MISSISSIPPI, THE LEAGUE OF WOMEN VOTERS OF MISSISSIPPI, WILLIAM EARL WHITLEY, MAMIE CUNNINGHAM, and YVONNE GUNN,

Address: c/o Southern Poverty Law Center- 111 East Capital Street, Suite 280

City: Jackson    State: MS    Zip: 39201

Telephone: (601) 948-8882    Fax:

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C) I am admitted to practice in the:

☐ State of _____

☑ District of Columbia

and I am currently in good standing with that Court.  A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

The District of Columbia Bar
901 4th Street, NW
Washington, DC 20001
Phone (202) 737- 4700
memberservices@dcbar.org

All other courts before which I have been admitted to practice:

| Jurisdiction | Period of Admission |
|---|---|
| State of Georgia | Nov 4, 1995 |
| District of Columbia | May 4, 1998 |
| Northern District of Georgia | Dec 16, 1996 |
| Middle District of Georgia | Sept 3, 1998 |
| District of Columbia | Mar 21, 2012 |
| District of Colorado | Feb 13, 2009 |
| Eastern District of Michigan | Sept 30, |
| United States Court of Appeals for the Fourth Circuit | Jan 3, 1996 |
| United States Court of Appeals for the Sixth Circuit | Oct 28, 2008 |
| Unites States Court of Appeals for the Eleventh Circuit | April 26, 2022 |
| Supreme Court of Georgia | Nov 12, 1996 |
| Georgia Court of Appeals | Nov 12, 1996 |
| State of Maryland | Feb 26, 2023 |

|  | Yes | No |
|---|---|---|
| Have you had admission pro hac vice revoked in this state? | ○ | ● |
| Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ● |
| (D) Have you been denied admission pro hac vice in this state? | ○ | ● |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  | Yes | No |
|---|---|---|
| (E) Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ● |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|     |     | | Yes | No |
|-----|-----|-|-----|-----|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | | ◯ | ⦿ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)   Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| U. S District Court- Northern District of Mississippi | April 29, 2022 | Granted |

FORM 6 (ND/SD MISS. DEC. 2016)

(H) Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| U. S District Court- Northern District of Mississippi | Dyamone White, et al v. State Board of Election Commissioners, et al |

(I) Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?   Yes ☑  No ☐

Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?   Yes ☑  No ☐

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number   Leslie Faith Jones, MS Bar NO. 106092

Firm Name:   Southern Poverty Law Center

Office Address:   111 E. Capitol Street, Suite 280

City: Jackson   State: MS   Zip: 39201

Telephone: (601) 948-8882   Fax: (601) 948-8885

Email address:  leslie.jones@splcenter.org

FORM 6 (ND/SD MISS. DEC. 2016)

(K) The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

/s/ Leslie Faith Jones/ MS Bar 106092

Resident Attorney

I certify that the information provided in this Application is true and correct.

06/02/23

Date

*Bradley E. Hedge* (signature)

Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 2nd day of June, 20 23.

/s/ Leslie Faith Jones/ MS Bar 106092

Resident Attorney

# Exhibit 1



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Bradley E Heard

was duly qualified and admitted on May 4, 1998 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 01, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*