FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Disability Rights Mississippi, et al        Plaintiff

v.                                                              CIVIL ACTION NO.        3:23-cv-350-HTW-LGI

Lynn Fitch, et al                                      Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Ahmed Soussi

Firm Name: Southern Poverty Law Center

Office Address: 150 E. Ponce de Leon Ave., Suite 340

City: Decatur   State: GA   Zip: 30030

Telephone: 334.213.8303   Fax:

E-Mail: ahmed.soussi@splcenter.org

(B) Client(s): DISABILITY RIGHTS MISSISSIPPI, THE LEAGUE OF WOMEN VOTERS OF MISSISSIPPI, WILLIAM EARL WHITLEY, MAMIE CUNNINGHAM, and YVONNE GUNN,

Address: c/o Southern Poverty Law Center- 111 East Capital Street, Suite 280

City: Jackson   State: MS   Zip: 39201

Telephone: (601) 948-8882   Fax:

The following information is optional:

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)   I am admitted to practice in the:



☑   State of Louisiana

☐   District of Columbia

and I am currently in good standing with that Court.  A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Louisiana Bar Association
601 St. Charles Ave
New Orleans, LA 70130
Phone (800) 421- 5722

All other courts before which I have been admitted to practice:

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| United States Court of Appeals for the Ninth Circuit | 2020 |
| United States District Court of Arizona | 2020 |
| State of Arizona | 2020 |
| State of Louisiana | 2018 |
| State of New York | 2022 |
| United States District Court for the Eastern District of Louisiana | 2022 |
| United States District Court for the Middle District of Louisiana | 2022 |
| United States District Court for the Western District of Louisiana | 2022 |

|   |   | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ● |
|   | Have you had admission pro hac vice revoked in this state? | ○ | ● |
|   | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ● |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|   |   | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ● |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|     |     | Yes | No |
|-----|-----|-----|----|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ○ | ⦿ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)  Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---------------------------|---------------------|------------------------|
| U. S District Court- Northern District of Mississippi | July 27, 2022 | Granted |

FORM 6 (ND/SD MISS. DEC. 2016)

(H) Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| U. S District Court- Northern District of Mississippi | Dyamone White, et al v. State Board of Election Commissioners, et al |

(I) Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?  **Yes** ☉  No ○

Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?  **Yes** ☉  No ○

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number  Leslie Faith Jones, MS Bar NO. 106092

Firm Name:  Southern Poverty Law Center

Office Address:  111 E. Capitol Street, Suite 280

City: Jackson  State: MS  Zip: 39201

Telephone: (601) 948-8882  Fax: (601) 948-8885

Email address: leslie.jones@splcenter.org

FORM 6 (ND/SD MISS. DEC. 2016)

K)     The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

/s/ Leslie Faith Jones/ MS Bar 106092

Resident Attorney

I certify that the information provided in this Application is true and correct.

06/02/23

Date                                      Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the __2nd__ day of __June__, 20__23__.

/s/ Leslie Faith Jones/ MS Bar 106092

Resident Attorney

Scanned with CamScanner

# Exhibit 1

# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that Mr. Ahmed Khaled Soussi whose address is 201 Saint Charles Ave Ste 2000, New Orleans, LA 70170 is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the 15th day of October, 2018.

Given over my hand and the Seal of the Louisiana State Bar Association, this 22nd day of May, 2023.

_____
Executive Director
Louisiana State Bar Association