FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Disability Rights Mississippi, et al        Plaintiff

v.

| | CIVIL ACTION NO. | 3:23-cv-350-HTW-LGI |

Lynn Fitch, et al                          Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A)   Name:            Sabrina S. Khan

      Firm Name:       Southern Poverty Law Center

      Office Address:  1101 17th St NW Suite 705

      City:            Washington        State  DC        Zip  20036

      Telephone:       202.579.4572      Fax:

      E-Mail:          sabrina.khan@splcenter.org

(B)   Client(s):       DISABILITY RIGHTS MISSISSIPPI, THE LEAGUE OF WOMEN VOTERS OF MISSISSIPPI, WILLIAM EARL WHITLEY, MAMIE CUNNINGHAM, and YVONNE GUNN,

      Address:         c/o Southern Poverty Law Center- 111 East Capital St Suite 280

      City:            Jackson           State  MS        Zip  39201

      Telephone:       (601) 948-8882    Fax:

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)      I am admitted to practice in the:

☑      State of _Illinois_____

☐      District of Columbia

and I am currently in good standing with that Court.  A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Supreme Court of Illinois
One Prudential Plaza
130 East Randolph Drive
Suite 1500
Chicago, IL 60601-6219
Phone (312) 565-2600

All other courts before which I have been admitted to practice:

Form 6 (ND/SD Miss. Dec. 2016)

Jurisdiction                                    Period of  Admission

_____

                                                              Yes        No

(D)      Have you been denied admission pro hac vice in this state?        ◯        ⊙

         Have you had admission pro hac vice revoked in this state?        ◯        ⊙

         Has Applicant been formally disciplined or sanctioned by any court        ◯        ⊙
         in this state in the last five years?

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the
name of the person or authority bringing such proceedings; the dates the proceedings were initiated
and finally concluded; the style of the proceedings; and the findings made and actions taken in
connection with those proceedings:

                                                              Yes        No

(E)      Has any formal, written disciplinary proceeding ever been
         brought against you by a disciplinary authority in any other
         jurisdiction within the last five years?                     ◯        ⊙

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  | Yes | No |
|---|---|---|
| (F)  Have you been formally held in contempt or otherwise sanctioned by any court in a written order  in the last five years for disobeying its rules or orders? | ○ | ⊙ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)      Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

4

Form 6 (ND/SD Miss. Dec. 2016)

(H)     Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

Name and Address of Court                Style of Case

|  |  | Yes | No |
|---|---|---|---|
| (I) | Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ◉ | ○ |
|  | Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ◉ | ○ |

(J)     Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number     Leslie Faith Jones, MS Bar NO. 106092

Firm Name:     Southern Poverty Law Center

Office Address:   111 E. Capitol Street, Suite 280

City: Jackson                State: MS          Zip: 39201

Telephone: (601) 948-8882      Fax:   (601) 948-8885

Email address:   leslie.jones@splcenter.org

FORM 6 (ND/SD MISS. DEC. 2016)

(K)   The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

/s/ Leslie Faith Jones/ MS Bar 106092

_____

Resident Attorney

I certify that the information provided in this Application is true and correct.

06/02/2023

Date

_____

Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission

Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in

this case.

This the ___2ND___ day of ___JUNE___, 20_23_.

/s/ Leslie Faith Jones/ MS Bar 106092

_____

Resident Attorney