# Exhibit 1

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **JESS EDWARD CHRISTIAAN UNGER** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.  **MR. UNGER** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 27, 2017**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued June 5, 2023

DaVida M. Davis
**Director of Regulatory Compliance**