IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DISABILITY RIGHTS MISSISSIPPI,
LEAGUE OF WOMEN VOTERS OF
MISSISSIPPI, WILLIAM EARL
WHITLEY, MAMIE CUNNINGHAM
and YVONNE GUNN                                                            PLAINTIFFS

V.                                            CIVIL ACTION NO. 3:23CV-350-HTW-LGI

LYNN FITCH, in her official capacity as
Attorney General of the State of Mississippi;
MICHAEL D. WATSON, JR., in his official
capacity as Secretary of State of Mississippi;
GERALD A. MUMFORD, in his official capacity
as Hinds County Attorney; and ELIZABETH
AUSBURN, in her official capacity as Chickasaw
County Attorney                                                            DEFENDANTS

## NOTICE OF APPEARANCE

Please take notice that Gerald L. Kucia hereby enters his appearance in the above-captioned matter as counsel on behalf of the Defendants Lynn Fitch, in her official capacity as Attorney General of the State of Mississippi, and Michael D. Watson, Jr., in his official capacity as Secretary of State of Mississippi.

All future e-filings, pleadings and correspondence should include Gerald L. Kucia at the address noted below:

    Gerald L. Kucia
    Special Assistant Attorney General – Civil
    550 High Street; Suite 1100 (39201)
    Post Office Box 220
    Jackson, Mississippi 39205
    Email: gerald.kucia@ago.ms.gov

Respectfully submitted, this the 12th day of June, 2023.

    LYNN FITCH, in her official capacity as Attorney General of Mississippi, and MICHAEL D. WATSON, JR., in his official capacity as Secretary of State of Mississippi, Defendants

    By:   LYNN FITCH, ATTORNEY GENERAL
            STATE OF MISSISSIPPI

    By:   /s/ *Gerald L. Kucia*
            GERALD L. KUCIA (MSB # 8716)
            Special Assistant Attorney General

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, MS 39205-0220
Tel: (601) 359-4072
Fax: (601) 359-2003
Gerald.kucia@ago.ms.gov

## CERTIFICATE OF SERVICE

    I, Gerald L. Kucia, Special Assistant Attorney General and attorney for Defendants Lynn Fitch, in her official capacity as Attorney General of the State of Mississippi, and Michael D. Watson, Jr., in his official capacity as Secretary of State of Mississippi, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's MEC/ECF filing system, which sent notification of such filing to all counsel of record.

    This the 12th day of June, 2023.

            /s/ *Gerald L. Kucia*
            GERALD L. KUCIA