IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DISABILITY RIGHTS MISSISSIPPI,
LEAGUE OF WOMEN VOTERS OF
MISSISSIPPI, WILLIAM EARL
WHITLEY, MAMIE CUNNINGHAM
and YVONNE GUNN                                                                PLAINTIFFS

V.                                                       CIVIL ACTION NO. 3:23CV-350-HTW-LGI

LYNN FITCH, in her official capacity as
Attorney General of the State of Mississippi;
MICHAEL D. WATSON, JR., in his official
capacity as Secretary of State of Mississippi;
GERALD A. MUMFORD, in his official capacity
as Hinds County Attorney; and ELIZABETH
AUSBURN, in her official capacity as Chickasaw
County Attorney                                                                DEFENDANTS

## NOTICE OF APPEARANCE

Please take notice that Douglas T. Miracle hereby enters his appearance in the above-captioned matter as counsel on behalf of the Defendants Lynn Fitch, in her official capacity as Attorney General of the State of Mississippi, and Michael D. Watson, Jr., in his official capacity as Secretary of State of Mississippi.

All future e-filings, pleadings and correspondence should include Douglas T. Miracle at the address noted below:

> Douglas T. Miracle
> Assistant Attorney General – Civil
> 550 High Street; Suite 1100 (39201)
> Post Office Box 220
> Jackson, Mississippi  39205
> Email: doug.miracle@ago.ms.gov

Respectfully submitted, this the 12th day of June, 2023.

         LYNN FITCH, in her official capacity as Attorney General of Mississippi, and MICHAEL D. WATSON, JR., in his official capacity as Secretary of State of Mississippi, Defendants

         By: LYNN FITCH, ATTORNEY GENERAL
            STATE OF MISSISSIPPI

         By: s/Douglas T. Miracle
            DOUGLAS T. MIRACLE (MSB # 9648)
            Assistant Attorney General

DOUGLAS T. MIRACLE (MSB # 9648)
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
Post Office Box 220
Jackson, Mississippi  39205-0220
Tel.:  (601) 359-5654
doug.miracle@ago.ms.gov.

ATTORNEY FOR DEFENDANTS

LYNN FITCH, in her official capacity
as Attorney General of Mississippi,
and MICHAEL D. WATSON, JR.,
in his official capacity as Secretary
of State of Mississippi

## CERTIFICATE OF SERVICE

 I, Douglas T. Miracle, Special Assistant Attorney General and attorney for Defendants Lynn Fitch, in her official capacity as Attorney General of the State of Mississippi, and Michael D. Watson, Jr., in his official capacity as Secretary of State of Mississippi, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's MEC/ECF filing system, which sent notification of such filing to all counsel of record.

 This the 12th day of June, 2023.

            /s/ *Douglas T. Miracle*
            DOUGLAS T. MIRACLE