IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DISABILITY RIGHTS MISSISSIPPI,
LEAGUE OF WOMEN VOTERS
OF MISSISSIPPI, WILLIAM EARL
WHITLEY, MAMIE CUNNINGHAM,
and YVONNE GUNN                                                                          PLAINTIFFS

CIVIL ACTION NO. 3:23CV-350-HTW-LGI

LYNN FITCH, in her official capacity as
Attorney General of the State of Mississippi;
MICHAEL D. WATSON, JR., in his official
Capacity as Secretary of State of Mississippi;
GERALD A. MUMFORD, in his official capacity
As Hinds County Attorney; and ELIZABETH
AUSBURN, in her official capacity as Chickasaw
County Attorney                                                                            DEFENDANTS

## ATTORNEY GENERAL LYNN FITCH AND SECRETARY OF STATE MICHAEL D. WATSON, JR.'S, NOTICE OF FILING OF SUPPLEMNTAL AUTHORITY IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

NOTICE IS HEREBY GIVEN that Defendant Attorney General Lynn Fitch and Secretary of State Michael D. Watson, Jr., in their official capacities, by and through counsel, have this date submitted to the Court their Supplemental Authority in Opposition to Plaintiffs' Motion for Preliminary Injunction [filed as Ex. 1 hereto].

THIS the 15th day of June, 2023.

Respectfully submitted,

LYNN FITCH, in her official capacity as Attorney General
of Mississippi, and MICHAEL D. WATSON, JR.,
in his official capacity as Secretary of State of Mississippi

By:   LYNN FITCH, ATTORNEY GENERAL FOR THE
      STATE OF MISSISSIPPI

By: s/Douglas T. Miracle
DOUGLAS T. MIRACLE (MSB # 9648)
Assistant Attorney General

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-5654
Fax: (601) 359-2003
Doug.miracle@ago.ms.gov.

ATTORNEY FOR DEFENDANTS

LYNN FITCH, in her official capacity
as Attorney General of Mississippi,
and MICHAEL D. WATSON, JR.,
in his official capacity as Secretary
of State of Mississippi

## CERTIFICATE OF SERVICE

I, Douglas T. Miracle, Assistant Attorney General and one of the attorneys for the above-named defendants, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's ECF filing system, which sent notification of such filing to all counsel of record.

THIS the 15th day of June, 2023.

s/Douglas T. Miracle
Douglas T. Miracle