IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| DISABILITY RIGHTS MISSISSIPPI, LEAGUE OF WOMEN VOTERS OF MISSISSIPPI, WILLIAM EARL WHITLEY, MAMIE CUNNINGHAM, and YVONNE GUNN | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 3:23CV-350-HTW-LGI |
| LYNN FITCH, in her official capacity as Attorney General of the State of Mississippi; MICHAEL D. WATSON, JR., in his official Capacity as Secretary of State of Mississippi; GERALD A. MUMFORD, in his official capacity As Hinds County Attorney; and ELIZABETH AUSBURN, in her official capacity as Chickasaw County Attorney | DEFENDANTS |

## NOTICE OF APPEAL

Notice is hereby given that Defendants, Lynn Fitch, in her official capacity as the Attorney General of the State of Mississippi, and Michael D. Watson, Jr., in his official capacity as Secretary of State of Mississippi, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order [Doc. 27] issued on September 25, 2023, granting plaintiffs' motion for preliminary injunction. The Court of Appeals has jurisdiction pursuant to 28 U.S.C. § 1291.

Respectfully submitted this the 25th day of August, 2023.

**LYNN FITCH, in her official capacity as
Attorney General of the State of Mississippi; and
MICHAEL D. WATSON, JR., in his official
capacity as Secretary of State of Mississippi**

BY: **LYNN FITCH, ATTORNEY GENERAL OF
THE STATE OF MISSISSIPPI**

> BY: *s/Douglas T. Miracle*
> DOUGLAS T. MIRACLE, MSB No. 9648
> Assistant Attorney General
> GERALD L. KUCIA, MSB No. 8716
> Special Assistant Attorney General
> STATE OF MISSISSIPPI
> OFFICE OF THE ATTORNEY GENERAL
> Post Office Box 220
> Jackson, MS 39205
> Telephone No. (601) 359-5654
> Facsimile: (601) 359-2003
> doug.miracle@ago.ms.gov
> gerald.kucia@ago.ms.gov

## CERTIFICATE OF SERVICE

This is to certify that on this day I, Douglas T. Miracle, Assistant Attorney General for the State of Mississippi, electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notice of such filing to all counsel of record.

THIS, the 25th day of August, 2023.

> *s/Douglas T. Miracle*
> DOUGLAS T. MIRACLE