# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 8, 2024

Lyle W. Cayce
Clerk

———————

No. 23-60463

———————

DISABILITY RIGHTS MISSISSIPPI; LEAGUE OF WOMEN VOTERS
OF MISSISSIPPI; WILLIAM EARL WHITLEY; MAMIE
CUNNINGHAM; YVONNE GUNN,

*Plaintiffs—Appellees,*

*versus*

LYNN FITCH, *in her official capacity as Attorney General of the State of
Mississippi*; MICHAEL D. WATSON, JR., *in his official capacity as
Secretary of State of Mississippi*,

*Defendants—Appellants.*

———————————————————

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:23-CV-350

———————————————————

ORDER:

IT IS ORDERED that Appellants' motion to stay further
proceedings in this court due to enactment of 2024 Senate Bill No. 2425 is
GRANTED.

IT IS FURTHER ORDERED that Appellants' motion to cancel oral
argument is GRANTED.

No. 23-60463




                /s/ James L. Dennis

                James L. Dennis

                *United States Circuit Judge*