# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 14, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-60463    Disability Rights MS v. Fitch
    USDC No. 3:23-CV-350

Enclosed is an order entered in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Roeshawn Johnson, Deputy Clerk
                    504-310-7998

Mr. Ming Cheung
Mr. Bradley E. Heard
Mr. Peter Thomas Hofer
Mr. Arthur S. Johnston III
Ms. Leslie Faith Jones
Ms. Sabrina S. Khan
Ms. Sophia Lin Lakin
Mr. Brant Levine
Ms. Greta Martin
Mr. Justin Lee Matheny
Mr. Robert Bruce McDuff
Mr. Christopher McGreal
Mr. Douglas T. Miracle
Mr. Nicolas Riley
Mr. Ari J. Savitzky
Mr. Anthony M. Shults
Ms. Casey Katharine Smith
Mr. Ahmed Soussi
Mr. Joshua Tom