

United States Court of Appeals
for the Fifth Circuit

**Certified as a true copy and issued as the mandate on Sep 05, 2024**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 23-60463

United States Court of Appeals
Fifth Circuit

**FILED**
August 14, 2024

Lyle W. Cayce
Clerk

DISABILITY RIGHTS MISSISSIPPI; LEAGUE OF WOMEN VOTERS OF MISSISSIPPI; WILLIAM EARL WHITLEY; MAMIE CUNNINGHAM; YVONNE GUNN,

*Plaintiffs—Appellees,*

versus

LYNN FITCH, *in her official capacity as Attorney General of the State of Mississippi*; MICHAEL D. WATSON, JR., *in his official capacity as Secretary of State of Mississippi*,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:23-CV-350

_____

### UNPUBLISHED ORDER

Before JONES, SMITH, and DENNIS, *Circuit Judges*.

PER CURIAM:

As both parties agree, Mississippi's passage of S.B. 2425 amending Miss. Code Ann. § 23-15-907 rendered this appeal moot. Thus, IT IS ORDERED that the Appellants' motion to dismiss the appeal for lack of subject matter jurisdiction is GRANTED.

IT IS FURTHER ORDERED that Appellants' motion to vacate the district court's order and remand for further proceedings is GRANTED.