# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

September 05, 2024

Mr. Arthur S. Johnston III  
Southern District of Mississippi, Jackson  
United States District Court  
501 E. Court Street  
Suite 2.500  
Jackson, MS 39201

    No. 23-60463   Disability Rights MS v. Fitch  
                      USDC No. 3:23-CV-350

Dear Mr. Johnston,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____  
                          Shea E. Pertuit, Deputy Clerk  
                          504-310-7666

cc:  
    Mr. Ming Cheung  
    Mr. Bradley E. Heard  
    Mr. Peter Thomas Hofer  
    Ms. Leslie Faith Jones  
    Ms. Sabrina S. Khan  
    Ms. Sophia Lin Lakin  
    Mr. Brant Levine  
    Ms. Greta Martin  
    Mr. Justin Lee Matheny  
    Mr. Robert Bruce McDuff  
    Mr. Christopher McGreal  
    Mr. Douglas T. Miracle  
    Mr. Nicolas Riley  
    Mr. Ari J. Savitzky  
    Mr. Anthony M. Shults  
    Ms. Casey Katharine Smith  
    Mr. Ahmed Soussi

Mr. Joshua Tom