IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| DISABILITY RIGHTS MISSISSIPPI; LEAGUE OF WOMEN VOTERS OF MISSISSIPPI; WILLIAM EARL WHITLEY; MAMIE CUNNINGHAM; YVONNE GUNN, <br><br> *Plaintiffs*, <br><br> vs. <br><br> LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL D. WATSON, JR., *in his official capacity as Secretary of State of Mississippi*. <br><br> *Defendants*. | NO. 3:23-cv-350-HTW-LGI <br><br><br> **MOTION TO WITHDRAW AS PLAINTIFFS' COUNSEL** |

PLEASE TAKE NOTICE that I, Casey Smith, am hereby withdrawing my appearance as counsel for Plaintiffs DISABILITY RIGHTS MISSISSIPPI, et al., as I am no longer associated with the American Civil Liberties Union Foundation as of September 6, 2024. Other attorneys from the ACLU of Mississippi, ACLU, Mississippi Center for Justice, and Southern Poverty Law Center will continue to represent Plaintiffs as counsel of record in this matter.

Pursuant to Local Rule 83.1(b)(3), this Motion has been sent to all counsel of record and to all Plaintiffs, and a proposed order is being sent to Chambers by email.

Respectfully submitted this the 9th day of September, 2024.

| /s/ *Joshua F. Tom* | /s/ *Casey Smith* |
|---|---|
| Joshua F. Tom | Casey Smith* |
| Miss. Bar No. 105392 | NY Bar No. 6042345 |
| ACLU of Mississippi | 125 Broad Street, 18th Floor |
| P.O. Box 2242 | New York, NY 10004 |
| Jackson, MS 39225 | (919) 428-3074 |
| (601) 354-3408 | |
| jtom@aclu-ms.org | caseykcs@gmail.com |
| | *admitted pro hac vice* |

## CERTIFICATE OF SERVICE

      I, Joshua Tom, hereby certify that on September 9th, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court. On the same date, I also sent the foregoing to all of the Plaintiffs.

      /s/ *Joshua F. Tom*
Joshua F. Tom
Miss. Bar No. 105392
ACLU of Mississippi
P.O. Box 2242
Jackson, MS 39225
(601) 354-3408
jtom@aclu-ms.org