# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| DISABILITY RIGHTS MISSISSIPPI, LEAGUE OF WOMEN VOTERS OF MISSISSIPPI, WILLIAM EARL WHITLEY, MAMIE CUNNINGHAM, and YVONNE GUNN, <br><br> *Plaintiffs*, <br><br> v. <br><br> LYNN FITCH, in her official capacity as Attorney General of the State of Mississippi; MICHAEL D. WATSON, JR., in his official capacity as Secretary of State of Mississippi; GERALD A. MUMFORD, in his official capacity as Hinds County Attorney; and ELIZABETH AUSBERN, in her official capacity as Chickasaw County Attorney; <br><br> *Defendants*. | Civil Action No. 3:23-cv-00350-HTW-LGI |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), all parties who have appeared in this matter, consisting of Plaintiffs Disability Rights Mississippi, the League of Women Voters of Mississippi, William Early Whitley, Mamie Cunningham, and Yvonne Gunn; and Defendants Lynn Fitch, in her official capacity as Attorney General of the State of Mississippi, and Michael Watson, in his official capacity as Secretary of State of Mississippi, hereby stipulate to the dismissal of this matter as moot.

DATED: March 3, 2025.                                    Respectfully submitted,

*/s/ Joshua Tom*
Joshua Tom (Miss. Bar No. 105392)
AMERICAN CIVIL LIBERTIES UNION
OF MISSISSIPPI FOUNDATION
101 South Congress Street
Jackson, MS 39201
(601) 354-3408
JTom@aclu-ms.org

SOUTHERN POVERTY LAW CENTER
Bradley E. Heard**
Sabrina Khan**
Ahmed Soussi**
150 E. Ponce de Leon Avenue, Suite 340
Decatur, GA 30030
(334) 213-8303
bradley.heard@splcenter.org
sabrina.khan@splcenter.org
ahmed.soussi@splcenter.org

MISSISSIPPI CENTER FOR JUSTICE
Robert McDuff (Miss. Bar No. 2532)
210 E. Capitol St., Suite 1800
Jackson, Mississippi 39201
(601) 259-8484
rmcduff@mscenterforjustice.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Ming Cheung**
Ari J. Savitzky*
Sophia Lin Lakin*
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
mcheung@aclu.org
asavitzky@aclu.org
slakin@aclu.org

DISABILITY RIGHTS MISSISSIPPI
Greta Kemp Martin, (Miss. Bar No. 103672)
Katherine Henderson, (Miss. Bar No. 104522)
5 Old River Place, Suite 101
Jackson, MS 39202
Office: (601)968-0600
Facsimile: (601)968-0665
gmartin@drms.ms
khenderson@drms.ms

*Attorneys for Plaintiffs*

*Pro Hac Vice Forthcoming
**Admitted Pro Hac Vice

1

LYNN FITCH, in her official capacity as Attorney
General of Mississippi, and MICHAEL D. WATSON, JR.,
in his official capacity as Secretary of State of Mississippi,


*/s/ Douglas T. Miracle*
DOUGLAS T. MIRACLE, MSB # 9648
ASSISTANT ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-5654
dmira@ago.state.ms.us

*Attorney for Lynn Fitch in her official capacity as Attorney
General of Mississippi, and Michael D. Watson, Jr.,
in his official capacity as Secretary of State of Mississippi,*

## **CERTIFICATE OF SERVICE**

I hereby certify on this 3rd day of March, 2025, a true and correct copy of the foregoing was filed electronically and is available for viewing and downloading from the Court's ECF System. Notice of this filing will be sent to all counsel of record by operation of the ECF System.

                                        /s/ *Joshua Tom*
                                        Joshua Tom

Dated: March 3, 2025.